1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

VETH KONG,

          Plaintiff,

     vs.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C20-6065-MLP

ORDER

11

12

13

14

15

     Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

16

case be REVERSED and REMANDED for further administrative proceedings pursuant to

17

sentence four of 42 U.S.C. § 405(g). Upon remand from the court, the Appeals Council will

18

instruct the Administrative Law Judge (ALJ) as follows. The ALJ will offer Plaintiff the

19

opportunity for a hearing and make every reasonable effort to ensure that the administrative

20

record is fully and fairly developed, including associating and considering any relevant evidence

21

from Plaintiff's subsequent application. The ALJ will reevaluate the medical and non-medical

22

opinion evidence of record and, if warranted, obtain evidence from a medical expert to clarify

23

the onset date of disability. As warranted, the ALJ will reevaluate Plaintiff's symptom testimony

24

Page 1    ORDER - [C20-6065-MLP]

1

2   and maximum residual functional capacity. The ALJ will obtain supplemental vocational expert

3   evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other

4   work in the national economy, if warranted by the expanded record. The ALJ will take any

5   further action needed to complete the administrative record and issue a new decision.

6       Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider

7   whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal

8   Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

9       DATED this 18th day of August, 2021.

10

11   _____
     MICHELLE L. PETERSON
12   United States Magistrate Judge

13

14   Presented by:

15   s/ Lisa Goldoftas
     _____
     LISA GOLDOFTAS
16   Special Assistant United States Attorney
     Office of the General Counsel
17   Social Security Administration
     701 Fifth Avenue, Suite 2900 M/S 221A
18   Seattle, WA 98104-7075
     Telephone:  (206) 615-3858
19   Fax:  (206) 615-2531
     lisa.goldoftas@ssa.gov

20

21

22

23

24

Page 2    ORDER - [C20-6065-MLP]